IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| HENDERSON, THOMAS PATRICK | |
| HENDERSON, JOLYN | CASE NO. 05-77198 MB |
| | Judge Manuel Barbosa |
| Debtor(s) | |

**TRUSTEE'S FINAL REPORT (PRE-DISTRIBUTION REPORT)**

To:   THE HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES JAMES E. STEVENS, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on 10/15/05. The Trustee was appointed on 10/15/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of June 27, 2006 is as follows:

| | | | | |
|---|---|---|---|---|
| | a. | RECEIPTS (See Exhibit C) | $ | 4,008.83 |
| | b. | DISBURSEMENTS (See Exhibit C) | $ | 4.92 |
| | c. | NET CASH available for distribution | $ | 4,003.91 |
| | d. | ADMINISTRATIVE EXPENSES: | | |
| | | 1.  Trustee compensation requested (See Exhibit E) | $ | 1,002.21 |
| | | 2.  Trustee Expenses (See Exhibit E) | $ | 0.00 |
| | | 3.  Compensation requested by attorney or other | | |

EXHIBIT A

|   |   | |   |
|---|---|---|---|
|   | professionals for trustee (See Exhibit F) | $ | 1,195.50 |
| 4. | Other unpaid administrative expenses (See Exhibit G) | $ |   |

5. The Bar Date for filing unsecured claims expired on 04/04/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee, and a report is attached as Exhibit E. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | | |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 2,197.71 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 76,972.11 |

7. Trustee proposes that unsecured creditors receive a distribution of 2.35% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,195.50.

9. A fee of $400.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: June 27, 2006

_____
JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

1. Review Petition and schedules; conduct Section 341(a) Meeting of Creditors.

2. Investigate Debtor's assets.

3. Open and maintain bank accounts

4. Obtain FEIN

5. Prepare Trustee's reporting forms including semi-annuals.

6. Correspondence to U.S. Trustee's Office.

7. Telephone conference with Debtor's attorney.

8. Preparation of Asset Notice and filing of same.

9. Telephone conversations with creditors.

10. Correspondence to Debtor's attorney.

11. Issue payments by Trustee.

12. Determination of estate tax liability.

13. Preparation of Trustee Final Report.

EXHIBIT A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-77198 MB | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | HENDERSON, THOMAS PATRICK | Filed (f) or Converted (c): | 10/15/05 (f) |
|  | HENDERSON, JOLYN | §341(a) Meeting Date: | 12/15/05 |
| Period Ending: | 06/27/06 | Claims Bar Date: | 04/04/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence 9332 Bristol Dr. | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account - Bank One | 15.64 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account TD Waterhouse | 397.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. HHG | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothes | 250.00 | 0.00 | DA | 0.00 | FA |
| 6 | Engagement/Wedding rings | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Firearms | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2003 Jeep Liberty | 13,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 Subaru Legacy | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2004 Harley Davidson | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | BMW Motorcycle | 6,000.00 | 4,000.00 | DA | 4,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A |  | 8.83 | Unknown |
| 12 | Assets   Totals (Excluding unknown values) | $422,062.64 | $4,000.00 |  | $4,008.83 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 06/27/2006 10:34 AM    V.8.12

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-77198 MB | Trustee: (330420) | JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | HENDERSON, THOMAS PATRICK | Filed (f) or Converted (c): | 10/15/05 (f) |
| | HENDERSON, JOLYN | §341(a) Meeting Date: | 12/15/05 |
| Period Ending: | 06/27/06 | Claims Bar Date: | 04/04/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):  June 1, 2006          Current Projected Date Of Final Report (TFR):  June 28, 2006  (Actual)

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-77198 MB | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | HENDERSON, THOMAS PATRICK | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HENDERSON, JOLYN | Account: | ***-*****03-66 - Checking Account |
| Taxpayer ID #: | 13-7504967 | Blanket Bond: | $324,000.00  (per case limit) |
| Period Ending: | 06/27/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/27/06 | | From Account #********0365 | transfer to close money market account | 9999-000 ! | 4,003.91 | | 4,003.91 |
| | | | ACCOUNT TOTALS | | 4,003.91 | 0.00 | $4,003.91 |
| | | | Less: Bank Transfers | | 4,003.91 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****03-65 | 4,008.83 | 4.92 | 0.00 |
| Checking # ***-*****03-66 | 0.00 | 0.00 | 4,003.91 |
| | $4,008.83 | $4.92 | $4,003.91 |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 06/27/2006 10:34 AM    V.8.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-77198 MB | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- |
| Case Name: | HENDERSON, THOMAS PATRICK | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | HENDERSON, JOLYN | Account: | ***-*****03-65 - Money Market Account |
| Taxpayer ID #: | 13-7504967 | Blanket Bond: | $324,000.00  (per case limit) |
| Period Ending: | 06/27/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/13/06 | {11} | Thomas P. Henderson | bmw motorcycle | 1110-000 | 4,000.00 | | 4,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.30 | | 4,001.30 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.53 | | 4,003.83 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.72 | | 4,006.55 |
| 06/01/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #05-77198 | 2300-000 | | 4.92 | 4,001.63 |
| 06/27/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.8000% | 1270-000 | 2.28 | | 4,003.91 |
| 06/27/06 | | To Account #********0366 | transfer to close money market account | 9999-000 | | ! 4,003.91 | 0.00 |

|  |  |  |
| --- | --- | --- |
| ACCOUNT TOTALS | 4,008.83 | 4,008.83     $0.00 |
| Less: Bank Transfers | 0.00 | 4,003.91 |
| Subtotal | 4,008.83 | 4.92 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $4,008.83 | $4.92 |

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 06/27/2006 10:34 AM    V.8.12