Case Name: HENDERSON, THOMAS PATRICK
                HENDERSON, JOLYN
Case No:   05-77198

# CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 7/3/06                             WILLIAM T. NEARY
                                          United States Trustee, Region 11


                          BY:    */s/ Sheree G. Dandurand*
                                    SHEREE G. DANDURAND
                                    Assistant U.S. Trustee