IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HENDERSON, THOMAS PATRICK
HENDERSON, JOLYN

CASE NO. 05-77198 MB

Judge Manuel Barbosa

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-1721

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:   U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on:   August 16, 2006
   at:   9:30 a.m.

2.   The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,002.21 | |
| Barrick, Switzer, Law Firm Trustee's Firm Legal | $ 0.00 | $ 1,195.50 | |

4.   The Trustee's Final Report shows total:

   a.   Receipts                                  $ 4,008.83

   b.   Disbursements                             $ 4.92

   C.   Net Cash Available for Distribution       $ 4,003.91

5.   In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are

EXHIBIT A

allowed in the amounts requested, this leaves the total amount of $1,806.20, to be distributed to the general unsecured creditors whose claims have been allowed.  The total amount of unsecured claims which will share in the distribution is $76,972.11, resulting in an approximate distribution of 2.35% to unsecured creditors.

6.   The debtor has been discharged.

7.   The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE:   _5/28/06_   _____
                                  James E. Stevens

EXHIBIT A

**BAE SYSTEMS**

**CERTIFICATE OF SERVICE**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-3          User: jclarke          Page 1 of 2          Date Rcvd: Jul 06, 2006
Case: 05-71198               Form ID: pdf002         Total Served: 37
```

The following entities were served by first class mail on Jul 08, 2006.
```
db        +Thomas Patrick Henderson,   9332 Bristol Dr.,   Huntley, IL 60142-2464
jdb       +Jolyn Henderson,   9332 Bristol Dr.,   Huntley, IL 60142-2464
aty       +Amy A Aronson,   Aronson & Walsh, P.C.,   PO Box 5907,   Vernon Hills, IL 60061-5907
aty       +Brian K. Larkin,   One Court Place,   Suite 301,   Rockford, IL 61101-1042
aty       +John J Grieger,   Weltman, Weinberg & Reis Co LPA,   10 S. LaSalle Street,   Suite 900,
           Chicago, IL 60603-1016
aty       +Michael J. Goldstein,   Michael J. Goldstein & Associates, Ltd.,   318 West Adams Street,
           Suite 1700,   Chicago, IL 60606-5100
tr        +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
           Rockford, IL 61108-2579
cr        +Banco Popular North America,   c/o Michael Goldstein,   318 W Adams St,   Ste 1700,
           Chicago, IL 60606-5100
cr        +Wells Fargo Bank, N.A.,   c/o McCalla, Raymer, et al.,   Bankruptcy Department,
           1544 Old Alabama Road,   Roswell, GA 30076-2102
10296990   American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
10296989   American Express,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10611210   American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001 Malvern PA 19355-0701
10296992   BP,   P.O. Box 688921,   Des Moines, IA 50368-8921
10296991   Banco Popular North America,   P.O. Box 4503,   Oak Park, IL 60303-4503
10476947  +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
           Seattle, WA 98121-2339
10296993   Chase Home Finance,   P.O. Box 9001319,   Louisville, KY 40290-1319
10639239  +Citibank USA,   dba: Home Depot,   POB 9025,   Des Moines IA 50368-9025
10603272  +Citibank USA,   POB 182149,   Columbus OH 43218-2149
10296994   Citizens Automobile Finance, Inc.,   P.O. Box 42113,   Providence, RI 02940-2113
10296995   Exon Mobile,   P.O. Box 4598,   Carol Stream, IL 60197-4598
10633790  +GE Consumer Finance,   For GE Money Bank,   dba Bassett Furniture,   P.O. BOX 960061,
           Orlando, Fl 32896-0061
10296996  +GE Money Bank,   P.O. Box 960061,   Orlando, FL 32896-0061
10296997  +Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0001
10576706  +Household Bank (SB), N.A. (Menards),   eCast Settlement Corporation,   c/o Bass & Associates, P.C.,
           3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
10296998   Lowe's,   P.O. Box 530914,   Atlanta, GA 30353-0914
10296999 +++MBNA America Bank,   POB 15168 MS 1423,   Wilmington, DE 19850-5168
10297000   Menards,   c/o Retail Services,   P.O. Box 17602,   Baltimore, MD 21297-1602
10634020  +Recovery Management Systems Corporation,   For GE Money Bank,   dba LOWES,
           25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10634018  +Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
           25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
10568722  +Republic Bank,   2720 W. Devon Ave.,   Chicago, IL 60659-1780
10297001  +Republic Bank of Chicago,   1510 75th Street,   Darrien, IL 60561-3779
10297002   Sears Gold Mastercard,   P.O. Box 182156,   Columbus, OH 43218-2156
10297003  +Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55479-0001
10613018  +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
           2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10539000  +Wells Fargo Bank NA,   c/o McCalla Raymer et al,   Bankruptcy Department,   1544 Old Alabama Road,
           Roswell, GA 30076-2102
10662340  +Wells Fargo Bank, N.A.,   Bankruptcy Department,   3476 Stateview Blvd,   X7801-014,
           Ft. Mill, SC 29715-7203
10297004   Wells Fargo Home Mortgage,   P.O. Box 650769,   Dallas, TX 75265-0769
```

The following entities were served by electronic transmission.
```
NONE.                                                                        TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*      +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
           Rockford, Il 61108-2579
                                                                        TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-3        User: jclarke         Page 2 of 2         Date Rcvd: Jul 06, 2006
Case: 05-77198             Form ID: pdf002        Total Served: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2006**                    **Signature:**        *Joseph Speetjens*