UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| THOMAS P. HENDERSON AND | ) | Case No. 05-77198 |
| JOLYN HENDERSON, | ) | |
| Debtor. | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO:  THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued.  Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 10-24-06

WILLIAM T. NEARY,
United States Trustee

By: 
SHEREE G. DANDURAND
Assistant U.S. Trustee

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY:  JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

# CHASE

August 1 - August 31, 2006
**Page 1 of 2**

312-00312-E000-00312- H    -113-9-01-W X -1 00-

05-77198 HENDERSON THOMAS PATRICK
HENDERSON JOLYN DEBTOR
#330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK            NY  10004

**Customer Service**

Nationwide 800 #: 1-800-634-5273
Nationwide Fax #: 1-800-457-3510
Hearing impaired call 1-800-CHASETD

Primary Account Number:  312-9768503-66

Number of Checks Paid: 14

## Important Information

Your combined Business Banking balances in July totaled $4,003.00.

## BusinessCustom Checking          Account # 312-9768503-66          05-77198 Henderson Thomas Patrick
Henderson Jolyn Debtor

### Summary

| | Number | Amount |
|---|---|---|
| Opening Balance | | 4,003.91 |
| Deposits and Credits | 0 | 0.00 |
| Withdrawals and Debits | 0 | 0.00 |
| Checks Paid | 14 | 4,003.91 |
| **Ending Balance** | | **0.00** |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 08/21 | 1,195.50 | 106 | 08/23 | 51.62 | 111 | 08/28 | 21.45 |
| 102 | 08/21 | 1,002.21 | 107 | 08/23 | 382.81 | 112 | 08/28 | 50.15 |
| 103 | 08/24 | 229.37 | 108 | 08/23 | 24.91 | 113 | 08/23 | 215.00 |
| 104 | 08/25 | 51.78 | 109 | 08/25 | 285.39 | 114 | 08/29 | 3.33 |
| 105 | 08/28 | 457.55 | 110 | 08/24 | 32.84 | | | |

\* indicates gap in check sequence          **Total (14 checks)**          **4,003.91**

### Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 08/21 | 1,806.20 | 08/24 | 869.65 | 08/28 | 3.33 | | |
| 08/23 | 1,131.86 | 08/25 | 532.48 | 08/29 | 0.00 | | |

**THIS ENDS YOUR STATEMENT FINANCIAL DATA**

**Bankruptcy Management Services at CHASE** sm